UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

TIMOTHY ANDREW CRANE,                                   **INDICTMENT**

       Defendant.
_____/

  The Grand Jury charges:

(Bank Robbery)

On or about June 22, 2023, in Kent County, in the Southern Division of the Western District of Michigan,

TIMOTHY ANDREW CRANE

by intimidation took from the person or presence of a Comerica Bank employee approximately $690, belonging to and in the care, custody, control, management, and possession of Comerica Bank, located at 99 Monroe Avenue NW, in Grand Rapids, Michigan, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

18 U.S.C. § 2113(a)

A TRUE BILL

_____

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____

TIMOTHY VERHEY
Assistant United States Attorney